JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KIRN KIM, | ) | No. SA CV 10-00639-DOC (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| GEORGE A. NEOTTI, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: October 20, 2010

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE